
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**        **CASE NO.: 1:05-CR-001-SPM**

**EDGAR JOHNSON,**

    **Defendant.**
_____/

**ORDER DISMISSING COUNTS THREE, FOUR AND SIX OF THE INDICTMENT AGAINST DEFENDANT JOHNSON**

**THIS CAUSE** comes before the Court upon the "Motion to Dismiss Counts Three, Four and Six" (doc. 98) filed September 26, 2005, in which the Government requests that those counts of the superseding indictment (doc. 44) be dismissed.  As grounds, the Government states that it has moved to dismiss the indictment against codefendant Moise, and that Counts Three, Four and Six pertain to substantive charges mainly concerning Moise.  The Government goes on to state its belief that Defendant's conduct as described in those charges is sufficiently covered in Count One (conspiracy to distribute and to possess with intent to distribute).

This Court recently entered an order dismissing the indictment against

Moise (doc. 106).  Thus, it appears that dismissal of Counts Three, Four and Six against Johnson are appropriate.  Pursuant to Federal Rule of Criminal Procedure 48(a), it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Dismiss (doc. 98) is *granted*.

2. Counts Three, Four and Six of the superseding indictment (doc. 44) are *dismissed* against defendant Johnson.

3. The sole remaining count against Johnson is Count I of the superseding indictment.

**DONE AND ORDERED** this <u>eleventh</u> day of October, 2005.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge

/pao