**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                      **CASE NO.: 1:05-CR-001-SPM**

**EDGAR JOHNSON,**

    **Defendant.**
_____/

**ORDER CONTINUING TRIAL**

**THIS CAUSE** comes before the Court upon the "Government's Motion to Continue Trial" (doc. 112) filed November 4, 2005, in which the Government advises that an essential prosecution witness will be undergoing a medical procedure and is thus unavailable for the currently-scheduled trial date. The Government certifies that it has consulted with defense counsel as required by Local Rule 7.1(B); however, counsel has advised that he must confer with his client first before taking a position on the motion.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial. Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Continue Trial (doc. 112) is *granted*.

2. Trial is reset for **Monday, December 12, 2005** at **8:30 am** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>eighth</u> day of October, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao