IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs. CASE NO.: 1:05-cr-1-SPM-GRJ-3

EDGAR JOHNSON,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 212), which recommends that the Defendant's 28 U.S.C. § 2255 Motion (doc. 196) be denied, and the Defendant's Second Motion for Extension of Time to File Objections (doc. 215). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Although the Court granted (doc. 214) the Defendant's First Motion for Extension of Time to File Objections (doc. 213), and extended the Defendant's original fourteen-day deadline for filing objections from November 2010 to January 5, 2011, no objections have been filed. The Court finds that the Defendant's request for an additional extension of time is without good cause. Having considered the Report and Recommendation and the Defendant's Second Motion for Extension of Time (doc. 215), it is hereby ORDERED AND ADJUDGED as follows:

    1.    Defendant's Second Motion for Extension of Time to File Objections

(doc. 215) is *denied*.

2. The Magistrate Judge's Report and Recommendation (doc. 212) is *adopted* and incorporated by reference in this order.

2. The Defendant's Motion to Vacate (doc. 196) is *denied*.

DONE AND ORDERED this <u>seventh</u> day of January, 2011.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
Chief United States District Judge